HOFFMAN, Appellant, vs. JOACHIM, Respondent.

*September 28 — October 17, 1893.*

*Wills: Mental capacity: Undue influence: Husband and wife: Evidence: Immaterial error.*

1. Findings sustaining a will against objections on the ground of mental incapacity and undue influence, are *held* to be supported by the evidence.
2. Where a husband is offered as a witness on behalf of his wife, the matter, if any, upon which he is a competent witness should be stated in the offer.
3. The exclusion of admissible evidence which could not have changed the result is not a material error.

APPEAL from the Circuit Court for *Ozaukee* County.

Probate of will. The facts are sufficiently stated in the opinion.

For the appellant the cause was submitted on the brief of *Eugene S. Turner.*

*James F. Trottman,* for the respondent.

WINSLOW, J. The appellant contests the probate of the will of one Henry Christian on the ground of mental in-

capacity and undue influence. The will was admitted to
probate by the county court, and upon appeal this judg-
ment was affirmed in the circuit court. A jury was called
in an advisory capacity in the circuit court, but on the con-
clusion of the testimony the circuit judge excused the jury
and made findings sustaining the will.

We have read the testimony, and are satisfied that the
circuit judge was entirely right ·in his disposition ' of the
case. It is entirely unnecessary to detail the evidence.

The contestant offered her husband generally as a wit-
ness, and an objection thereto was sustained. This ruling
was right. If there was any matter upon which the hus-
band was a competent witness, it should have been stated
when the offer was made. *Blabon v. Gilchrist*, 67 Wis. 38.
Numerous exceptions were taken to rulings of the court
excluding evidence. Possibly some of the questions should
have been answered, but, even if answered favorably to
contestant, they could not change the result. No discus-
sion of them is necessary.

*By the Court.*— Judgment affirmed.